# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**In re:**                                             **Case Number**    06–30093–DOT
                                                                           **Chapter**    13

Angela Kay Ruis
Johnnie Edward Ruis

                       Debtor(s)

## NOTICE TO DEBTOR(S) AND CREDITORS
## CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

In order to receive a discharge, you <u>must</u>

Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 as required by Local Bankruptcy Rule 4008–2(A). A copy of this form may be obtained from the Clerk's Office or from the Bankruptcy Forms button on the Court's Internet web site at www.vaeb.uscourts.gov. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, or $136,875 for cases filed on or after that date and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:    3/18/10                                      William C. Redden , Clerk
                                                                     United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: moreheadd          Page 1 of 1              Date Rcvd: Mar 18, 2010
Case: 06-30093                Form ID: ntc4008         Total Noticed: 12
```

The following entities were noticed by first class mail on Mar 20, 2010.
```
db/jdb      +Angela Kay Ruis,   Johnnie Edward Ruis,   3201 W. Broadway Ave.,   Hopewell, VA 23860-1811
7414233     +Bank America,   1825 E. Buckeye Road,   #2723,   Phoenix, AZ 85034-4216
7428600      Bank of America, N.A. (USA),   NC4-105-03-14,   Greensboro, NC  27420
7414234     +Bank of Southside VA,   P. O. Box 608,   Colonial Heights, VA 23834-0608
7414235      Craftsman Federal Credit Union,   East Randolph Road,   Hopewell, VA 23860-0000
7414236      Dell,   P.O. Box 6403,   Carol Stream, IL 60197-6403
7414237     +Gentry Well Works,   23522 Cox Road,   Petersburg, VA 23803-6838
7414238      Home Depot,   Processing Center,   Des Moines, IA 50364-0500
7414239     +Honeywell Federal Credit Union,   6465 Wayzata Blvd. #600,   Minneapolis, MN 55426-1732
7414240     +Sears Charge Plus,   P.O. Box 182149,   Columbus, OH 43218-2149
7476280      eCast Settlement Corporation,   P.O. Box 35480,   Newark, NJ  07193-5480
```

The following entities were noticed by electronic transmission on Mar 18, 2010.
```
7438539      E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC., its successors and assigns, as,   Resurgent Capital Services,
              P.O. Box 10587,   Greenville, SC 29603-0587
                                                                                            TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Bank of Southside Virginia
cr*          eCAST Settlement Corporation,   POB 35480,   Newark, NJ  07193-5480
                                                                                      TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2010**              **Signature:**      _Joseph Speetjens_